FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

(1) ALFREDO MARTINEZ-PEREZ   QP-1055
(Name of Plaintiff)   (Inmate Number)

SCI CHESTER
500 EAST 4TH STREET CHESTER PA 19013
(Address)

(2) Alfredo Martinez Perez  1055
(Name of Plaintiff)   (Inmate Number)

300 S.W. 40th AVE - 14 ocola
84474 FL
(Address)

(Each named party must be numbered,
and all names must be printed or typed)

2023-CV 7393
(Case Number)

vs.

CIVIL COMPLAINT

(1) GINA CLARK
(2) M. QUINN
(3) PAUL LITTLE
(Names of Defendants)

FILED
HARRISBURG, PA

OCT 10 2023

PER _____
DEPUTY CLERK

(Each named party must be numbered,
and all names must be printed or typed)

TO BE FILED UNDER: ✓ 42 U.S.C. § 1983 - STATE OFFICIALS

____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I.  PREVIOUS LAWSUITS

   A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

   NO PREVIOUS SUITS

1

## II. EXHAUSTION OF ADMINISTRATIVE REMEDIES

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution?  √ Yes  ___ No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims?  √ Yes  ___ No

C. If your answer to "B" is Yes:

   1. What steps did you take? GRIEVANCES WERE FILED IN ALL 3 LEVELS AND APPEALED IN THE SAME.

   2. What was the result? ALL GRIEVANCES WERE DENIED

D. If your answer to "B" is No, explain why not: _____

## III. DEFENDANTS

(1) Name of first defendant: GINA CLARK
    Employed as SUPERINTENDANT GINA CLARK at SCI CHESTER
    Mailing address: 500 EAST 4TH STREET CHESTER PA 19013

(2) Name of second defendant: M. QUINN
    Employed as GRIEVANCE COORDINATOR at SCI CHESTER
    Mailing address: 500 EAST 4TH STREET CHESTER PA 19013

(3) Name of third defendant: DR. PAUL LITTLE
    Employed as DOCTOR at SCI CHESTER
    Mailing address: 500 EAST 4TH STREET CHESTER PA 19013

(List any additional defendants, their employment, and addresses on extra sheets if necessary)

## IV. STATEMENT OF CLAIM

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets if necessary.)

1. M. QUINN REJECTED 5 TOTAL GRIEVANCES USING TACTICAL WORDPLAY TO JUSTIFY HER ACTIONS, SHE LIED, GINA CLARK IS

HER SUPERVISOR AND ALLOWED IT

2. M. QUINN USED HER POSITION TO FURTHER DENY ME MEDICAL CARE BY DENYING MY GRIEVANCES BY LYING AND USING TACTICAL WORDPLAY.

3. Dr. PAUL LITTLE DID NOT GIVE ME PROPER CARE, HE SIMPLY GAVE ME LOW LEVEL PAIN RELIEVERS AND SENT ME ON MY WAY

## V. RELIEF

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I WANT TO RECEIVE MEDICAL CARE AT THEIR EXPENSE.

2. I WANT POLICY CHANGE TO STOP FUTURE ACTS TO DENY OTHERS THEIR FUNDAMENTAL RIGHTS.

3. I WOULD LIKE AN AWARD FOR MY PAIN AND DAMAGE CAUSED BY A DELAY IN MEDICAL TREATMENT.

3

AUGUST 23/23

1

Alfredo Martinez Perez QP1055

From October 2, 2021 up to the present date I have been suffering from a progressive lower back injury. I brought it to the attention of every medical department in each institution I was placed in; Union County Prison, SCI Smithfield, SCI Camp Hill, and SCI Chester and in each case my needs were minimized and ignored. All along my back got worse and now it is becoming a serious matter. My mobility is limited and my quality of life is not optimal. I've asked only for adequate medical care as is promised under Estelle v. Gamble 429 U.S. 97 (1976) and the 8th Amendment U.S.C..

I've filed all of the proper remedies and followed the institutional grievance system and I've kept a concise

AND COMPLETE RECORD OF EACH STEP AND CREATED A CLEAR "PAPER TRAIL" IN ORDER TO BACK MY CLAIMS OF NEGLECT AND EVEN QUITE POSSIBLY "DILIBER- ATE INDIFFERENCE". MY CASE IS SIMPLE AND OBVIOUSLY A MATTER OF THE SYSTEM NOT WORKING. THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER.

RESPECTFULLY,

I declare under penalty of perjury that the foregoing is true and correct.

Signed this AUGUSt day of 23 , 20 23.

*Alfredo M Perez*
(Signature of Plaintiff)

4

THIS LETTER IS TO INFORM YOU OF THE STEPS I HAVE TAKEN TO REMEDY THE SITUATION FOR WHICH I AM FILING THIS ACTION AGAINST; ADMINISTRATOR GINA CLARK, GRIEVANCE COORDINATOR M. QUINN, AND DOCTOR PAUL LITTLE.

MY FIRST STEP WAS TO ADDRESS MY MEDICAL NEEDS VIA THE INMATE MEDICAL SICK CALL SLIP. MY SECOND STEP WAS TO FILE AN INMATE GRIEVANCE TO M. QUINN (GRIEVANCE COORDINATOR. MY THIRD STEP WAS TO FILE A GRIEVANCE APPEAL TO THE FACILITY MANAGER. MY FOURTH STEP WAS TO FILE A SECONDARY APPEAL TO THE SUPERINTENDANT. MY FIFTH STEP WAS TO FILE WITH THE COMMISSIONER IN MECHANICSBURG. ALL OF THESE WERE REJECTED, AS IS EXPECTED WHEN DEALING WITH THE DEPARTMENT OF CORRECTIONS,

2

NOW I AM FORCED TO PURSUE MY NEEDS IN COURT.

I HAVE A PROGRESSIVLY WORSENING MEDICAL CONDITION AND THE DEPARTMENT OF CORRECTIONS IS IGNORING IT. I HAVE ALL OF THE PROPER PAPERWORK (PAPER TRAIL) AND HAVE NOW FILED A LAWSUIT VIA 1983 CIVIL RIGHTS. MY MEDICAL ISSUE WAS JUST A MEDICAL ISSUE BUT IT HAS NOW BECOME A QUALITY OF LIFE ISSUE. I AM SEEKING PAYMENT OF MY MEDICAL BILLS, AN ACTING UPON MY MEDICAL ISSUES, AND A PUNITIVE AWARD FOR MY QUALITY OF LIFE.

I'VE LOST TIME, I'VE LOST MOBILITY, AND I AM IN CONSTANT DISCOMFORT. HAD THE DEPARTMENT OF CORRECTIONS ACTED ON MY MEDICAL ISSUES I WOULD NOT BE IN THE PLACE I AM AT. THEIR INACTION IS WHY

I'M SUFFERING AS I AM NOW. I AM NOW SEEKING THIS LEGAL REMEDY AS IS MY RIGHT. THANK YOU FOR YOUR TIME AND ASSISTANCE IN THIS MATTER!

RESPECTFULLY YOURS,